IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:09-cv-00061 |
| v. | ) | |
| | ) | |
| FORMOSA PLASTICS CORPORATION, TEXAS, FORMOSA HYDROCARBONS COMPANY, INC., FORMOSA PLASTICS CORPORATION, LOUISIANA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE PENDING SOLICITATION OF PUBLIC COMMENT BY U.S. DEPARTMENT OF JUSTICE**

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), hereby notifies the Court that it is lodging with this Court a proposed Consent Decree (attached hereto as "Exhibit A") between itself and three Defendants in this action under the Clean Air Act ("CAA"), 42 U.S.C. § 7401 *et seq.*; the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*; the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq.*; the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*; and the Emergency Planning and Community Right to Know Act ("EPCRA"), 42 U.S.C. § 11001 *et seq*. If entered, this Consent Decree will resolve the claims of the United States against Defendants in connection with alleged CAA, CWA, RCRA, CERCLA, and EPCRA violations at two facilities in the State of Texas and one facility in the State of Louisiana.

**The Court should not sign or enter the Consent Decree at this time**. Rather, notice of

the lodging of this Consent Decree will be published in the Federal Register. The United States Department of Justice will accept public comments on the proposed Consent Decree for a period of 30 days following the publication.

During the comment period, no action is required of the Court. At the conclusion of the comment periods, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlement is inappropriate, inadequate, or improper, and advise the Court whether the Consent Decree should be signed and entered.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and
Natural Resources Division
U.S. Department of Justice

s/ Scott M. Cernich
SCOTT M. CERNICH
Trial Attorney
Environmental Enforcement Section
Environment and
Natural Resources Division
U.S. Department of Justice
601 D Street, N.W.
Washington D.C. 20004
(202) 514-0056

TIM JOHNSON
United States Attorney

s/ Daniel Hu
DANIEL HU
Assistant United States Attorney
Southern District of Texas
Bar No. Texas: 10131415,
Bar No. S.D. Tex. 7959
P.O. Box 61129
919 Milam Street
Houston, TX 77208

OF COUNSEL:

MARCIA E. MONCRIEFFE
Assistant Regional Counsel
RCRA Branch
U.S. EPA Region VI
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733

CAROLINE B.C. HERMANN
Attorney-Advisor
U.S. EPA
Office of Regulatory Enforcement
(2248A)
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2009, I caused a true, correct, and complete copy of the foregoing NOTICE OF LODGING OF PROPOSED CONSENT DECREE PENDING SOLICITATION OF PUBLIC COMMENT BY U.S. DEPARTMENT OF JUSTICE to be served upon the following counsel of record by first class U.S. mail, postage prepaid:

Robert T. Stewart
Kelly Hart & Hallman LLP
301 Congress Avenue, Suite 2000
Austin, Texas 78701
Telephone: (512) 495-6400
FAX: (512) 495-6401
Bob.Stewart@khh.com

s/ Daniel Hu
Daniel Hu